# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Taylor Pinckney
_____
Plaintiff(s)

V.

Quinsigamond Community College, et al
_____
Defendant(s)

CIVIL ACTION
NO. 20-cv-40047-TSH

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Timothy S. Hillman

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On December 17, 2020 I held the following ADR proceeding:

☐ SCREENING CONFERENCE ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __60__ day order of dismissal. without prejudice.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

12/17/2020
DATE

/s/ David H. Hennessy, USMJ
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)