UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAYLOR PINCKNEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QUINSIGAMOND COMMUNITY COLLEGE, and PRISCILLA UNDERWOOD, in her Individual and Official Capacity as a Professor at Quinsigamond Community College,<br><br>　　　　　Defendants. | Civil Action No: 4:20-cv-40047 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(ii), all parties stipulate that this action is hereby dismissed, with prejudice and without rights of appeal, with each party to bear its own costs and fees.

1

Respectfully Submitted,

Plaintiff TAYLOR PINCKNEY,

By his attorneys,

KJC Law Firm, LLC

**/s/ Michaela M. Weaver**
John T. Martin; BBO# 676344
jmartin@kjclawfirm.com
Michaela M. Weaver; BBO# 705985
mweaver@kjclawfirm.com
KJC Law Firm, LLC
1 Exchange Place
Worcester, MA 01608
(617) 720-8447


Defendant QUINSIGAMOND COMMUNITY COLLEGE,

By its attorneys

MAURA HEALEY
ATTORNEY GENERAL

/s/  Jesse M. Boodoo
Jesse M. Boodoo, BBO #678471
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200, Ext. 2592
Email: Jesse.boodoo@mass.gov

        Defendant PRISCILLA UNDERWOOD,

        By her attorneys,

        <u>/s/ Gerard T. Donnelly</u>
        Gerard T. Donnelly, Esquire
        BBO # 553283
        gdonnelly@hassettanddonnelly.com
        Courtney E. Mayo, Esquire
        BBO # 657790
        cmayo@hassettanddonnelly.com
        Hassett & Donnelly, P.C.
        446 Main Street - 12th Floor
        Worcester, MA 01608
        Phone: (508) 791-6287

Date: <u>February 12, 2021</u>